# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50506 | **DATE** | 5/2/2006 |
| **CASE TITLE** | USA vs. LaPlante, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, the court finds that Defendants committed violations of the Clean Water Act when they excavated and caused fill to be discharged into waters of the United States on the 325 Wegner Road site. Defendants are permanently enjoined from discharging pollutants into wetlands at the 325 Wegner Road site without a Corps of Engineers permit. In addition, a civil penalty pursuant to 33 U.S.C. § 1319(d) is imposed in the amount of three hundred thousand dollars ($300,000), payable one year from the date of this Order, provided, however, that the civil penalty will be reduced to twenty-seven thousand five hundred dollars ($27,500) if Defendants, within one year of the date of this Order, cooperate with the Corps of Engineers and implement a wetland restoration plan that includes: (1) removing the illegal fill material from the Northwest corner of the site; (2) reconstructing the wetland areas in the Northeast part of the site that were mechanized land-cleared; and (3) restoring the wetland plant diversity, hydrology, and hydric soil elevations in the wetland impact areas. The court retains jurisdiction to enforce this Order and Judgment.

■ **[ For further detail see separate order(s).]**  **Notices mailed by Judicial staff.**

*/s/ P. Michael Mahoney*

| | **Courtroom Deputy Initials:** | **AM** |
|---|---|---|